1  **FAEGRE BAKER DANIELS LLP**
   BONITA D. MOORE (SBN 221479)
2  HOWARD D. RUDDELL (SBN 281510)
   11766 Wilshire Boulevard, Suite 750
3  Los Angeles, CA 90025
   Telephone:  +1 310 500 2090
4  Fax:        +1 310 500 2091
   Email: bonita.moore@faegrebd.com
5  Email: howard.ruddell@faegrebd.com

6  PETER M. ROUTHIER (*pro hac vice* pending)
   90 South Seventh Street, Suite 2200
7  Minneapolis, Minnesota 55402
   Telephone:  +1 612 766 7000
8  Fax:        +1 612 766 1600
   Email: peter.routhier@faegrebd.com

9  Attorneys for Defendant
   TARGET CORPORATION

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| RAUL TORRES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation; TARGET BRANDS, INC., a Minnesota corporation; and DOES 1-10, inclusive.<br><br>Defendants. | Case No.: 2:17-cv-04007 ODW (AFMx)<br><br>Hon. Otis D. Wright II<br><br>**DECLARATION OF PETER M. ROUTHIER IN SUPPORT OF TARGET CORPORATION'S MOTION TO TRANSFER VENUE PURSUANT TO 28 USC § 1404(a)**<br><br>Date:       August 28, 2017<br>Time:       1:30 p.m.<br>Courtroom:  5D |

# **DECLARATION OF PETER M. ROUTHIER**

I, Peter M. Routhier, being of lawful age, state that the following facts are true and correct to the best of my knowledge and belief:

1. I am an attorney with the law firm Faegre Baker Daniels LLP. I make this declaration upon my personal knowledge and upon review of the materials and exhibits identified below.

2. Attached as Exhibit A is a copy of a webpage entitled "NYC Street Artist, HEKTAD Taking Over City's Walls" as retrieved from http://www.sonofasouthernchef.com/blog/nyc-street-artist-hektad-taking-over-citys-walls4283425, accessed July 21, 2017.

3. Attached as Exhibit B is a copy of a webpage entitled "Paddle8 — Love is Power" as retrieved from https://paddle8.com/work/hektad/127095-love-is-power, accessed July 21, 2017.

4. I met and conferred with Plaintiff's counsel, Mr. David Erikson, on July 13, 2017, regarding Target Corporation's intent to file a motion to transfer venue to the United States District Court for the District of Minnesota.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 31, 2017

　　　　　　　　　　　　　　　　　　　　　　*/s/ Peter M. Routhier*
　　　　　　　　　　　　　　　　　　　　　　　Peter M. Routhier