# Exhibit A

(/)

HOME (/)

MEET LAZARUS (/MEET-LAZARUS.HTML)

A D V E R T I S E M E N T

THE STORY (/THE-STORY.HTML)

RECIPES (/RECIPES.HTML)

FOOD TOUR 2017 (/FOOD-TOUR-2017.HTML)

CULTURE (/CULTURE.HTML)

VIDEOS (HTTPS://WWW.YOUTUBE.COM/C/SONOFASOUTHERNCHEFCOOKS)

MORE...

HOME (/)

# NYC Street Artist, HEKTAD Taking Over City's Walls (http://www.sonofasouthernchef.com/blog/nyc-street-artist-hektad-taking-over-citys-walls4283425)

MEET LAZARUS (/MEET-LAZARUS.HTML)

GET LAZ

THE STORY (/THE-STORY.HTML)

ADVERTISEMENT

4/18/2017
0 Comments (http://www.sonofasouthernchef.com/blog/nyc-street-artist-hektad-taking-over-citys-walls4283425#comments) (/)

RECIPES (/RECIPES.HTML)

## Archives

FOOD TOUR 2017 (/FOOD-TOUR-2017.HTML)

May 2017 (/blog/archives/05-2017)

by Lazarus Lynch

CULTURE (/CULTURE.HTML)

April 2017 (/blog/archives/04-2017)

VIDEOS (HTTPS://WWW.YOUTUBE.COM/C/SONOFASOUTHERNCHEFCOOKS)

October 2016 (/blog/archives/10-2016)

ART

MORE...

 RSS Feed (/23/feed)

"As I strolled through New York's East Village Easter Sunday morning, I discovered a brick wall that immediately drew me in... I looked at the bottom of the wall and for the first time noticed those six letters: HEKTAD."

## Categories

All (/blog/category/all)

4-H (/blog/category/4h)

Art (/blog/category/art)

Community (/blog/category/community)

Food And Drink (/blog/category/food-and-drink)

MUSIC (/blog/category/music)

Pop Culture (/blog/category/pop-culture)

Soul Food Talks (/blog/category/soul-food-talks)

Travel (/blog/category/travel)



As I strolled through New York's East Village Easter Sunday morning, I discovered a brick wall that

immediately drew me in. It was unlike any other brick wall I passed by that morning; it was a wall with a message. The message was powerful, yet subtle enough that I almost kept walking. I stopped to take a closer look at the wall. I studied it as though I were standing in front of a classic art piece at the Museum of Modern Art. The wall was covered in beautiful colors that made the shape of a heart. The brightly covered heart was huge covering up the surface of that black wall.

I decided to take a picture of the wall and share it on my Instagram Stories. I pulled out my iPhone, stepped back, and took the shot. I looked at the bottom of the wall and for the first time noticed those six letters: HEKTAD. I typed the letters into my stories and there it was: @HEKTAD._OFFICIAL. I mentioned him and posted the picture. Hours later, I got a message from HEKTAD saying, "Awesome shot." I quickly responded, "Dope art." HEKTAD sent me an invitation flyer promoting a recent mural at 39 Spring Street. I responding that I would try and stop by -- and I did.

sonofasouthernchef (/)

HOME (/)

MEET LAZARUS (/MEET-LAZARUS.HTML)

THE STORY (/THE-STORY.HTML)

RECIPES (/RECIPES.HTML)

FOOD TOUR 2017 (/FOOD-TOUR-2017.HTML)

CULTURE (/CULTURE.HTML)

VIDEOS (HTTPS://WWW.YOUTUBE.COM/C/SONOFASOUTHERNCHEFCOOKS)

MORE…

Exhibit A
Page 4



(/)

HOME (/)

MEET LAZARUS (/MEET-LAZARUS.HTML)

THE STORY (/THE-STORY.HTML)

RECIPES (/RECIPES.HTML)

FOOD TOUR 2017 (/FOOD-TOUR-2017.HTML)

CULTURE (/CULTURE.HTML)

VIDEOS (HTTPS://WWW.YOUTUBE.COM/C/SONOFASOUTHERNCHEFCOOKS)

MORE...

When I arrived at 39 Spring Street, I saw a group of people standing around, talking in front of the mural. The front of the building was covered in bursts of paint -- highs of blue, pink, red, green, and yellow, similar to tie dyed tones. At the center of the wall were two doors with a heart painted on it.  Inside the heart were the words, I Choose Love. Inside the building were more paintings from HEKTAD both on the walls and in frames. Each pieces was signed by the artists name, HEKTAD.

Exhibit A
Page 5



HOME (/)

MEET LAZARUS (/MEET-LAZARUS.HTML)

THE STORY (/THE-STORY.HTML)

RECIPES (/RECIPES.HTML)

FOOD TOUR 2017 (/FOOD-TOUR-2017.HTML)

CULTURE (/CULTURE.HTML)

VIDEOS (HTTPS://WWW.YOUTUBE.COM/C/SONOFASOUTHERNCHEFCOOKS)

MORE...

When I finally met HEKTAD, he was leaning against a car outside. He was dressed humbly with a baseball cap, a t-shirt, and jeans with dried paint on them. I congratulated him on his work and asked if I could interview him. He kindly agreed. Here's a snippet from our interview:

LL: Where does the name HEKTAD come from?

HEKTAD: HEK is my graffiti name. TAD is the crew I had growing up in the Bronx. TAD stands for Toy's Aint Down. We were artists (a.k.a. vandalis). I stood with the crew. We used to paint on everything.

LL: When did you start making street art?

HEKTAD: In 1982. I came back to it. I had children and stopped for a while but I'm friends with Banksy and he told me, "Man, now is the time." I would say he helped me get back to doing street art.

LL: Where can people find your art?

HEKTAD: It's all over... I put a piano at the bottom of the Brooklyn Bridge a few years ago. My work is at (former) Yaffa Cafe in the East Village, First Street and Houston, West 23rd Street Wall... it's all over.

LL: What keeps you going as an artist?

HEKTAD: It's an addiction. I just love it. I love painting, I love sharing my work with people... it's love for the work.

LL: What advice would you give to young artist?

HEKTAD: Don't think about the money. Do it for the love. Whatever you do -- music, art, cooking -- do it because you love it. People loose it when they think about the money. Think about your craft. Also make a name for yourself.

Follow HEKTAD on Instagram (http://www.instagram.com/hektad._official).

HOME (/)

MEET LAZARUS (/MEET-LAZARUS.HTML)

THE STORY (/THE-STORY.HTML)

RECIPES (/RECIPES.HTML)

FOOD TOUR 2017 (/FOOD-TOUR-2017.HTML)

CULTURE (/CULTURE.HTML)

VIDEOS (HTTPS://WWW.YOUTUBE.COM/C/SONOFASOUTHERNCHEFCOOKS)

MORE...

Exhibit A
Page 7


(/)

HOME (/)

MEET LAZARUS (/MEET-LAZARUS.HTML)

THE STORY (/THE-STORY.HTML)

RECIPES (/RECIPES.HTML)

FOOD TOUR 2017 (/FOOD-TOUR-2017.HTML)

CULTURE (/CULTURE.HTML)

(http://twitter.com/share?url=http:
//www.sonofasouthernchef.com/23/post
/2017/04/nyc-street-artist-hektad-taking-over-
citys-walls4283425.html)

VIDEOS (HTTPS://WWW.YOUTUBE.COM
/C/SONOFASOUTHERNCHEFCOOKS)

0 Comments (http://www.sonofasouthernchef.com/blog/nyc-
street-artist-hektad-taking-over-citys-walls4283425#comments)

MORE...

# Leave a Reply.

**Name (required)**

HOME (/)

**Email (not published)**

MEET LAZARUS (/MEET-LAZARUS.HTML)

THE STORY (/THE-STORY.HTML)

**Website**

RECIPES (/RECIPES.HTML)

(/)

FOOD TOUR 2017 (/FOOD-TOUR-2017.HTML)

**Comments**

CULTURE (/CULTURE.HTML)

VIDEOS (HTTPS://WWW.YOUTUBE.COM/C/SONOFASOUTHERNCHEFCOOKS)

MORE...

☐ Notify me of new comments to this post by email

SUBMIT

 (/)

SON OF A SOUTHERN CHEF, LLC.

Copyright ©2017 Son of a Southern Chef, LLC. All Rights Reserved.



(/)

HOME (/)

MEET LAZARUS (/MEET-LAZARUS.HTML)

THE STORY (/THE-STORY.HTML)

RECIPES (/RECIPES.HTML)

FOOD TOUR 2017 (/FOOD-TOUR-2017.HTML)

CULTURE (/CULTURE.HTML)

VIDEOS (HTTPS://WWW.YOUTUBE.COM/C/SONOFASOUTHERNCHEFCOOKS)

MORE...

Exhibit A
Page 10