1
2
3
4
5
6
7
8
9
10

**FAEGRE BAKER DANIELS LLP**
BONITA D. MOORE (SBN 221479)
HOWARD D. RUDDELL (SBN 281510)
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA 90025
Telephone:  +1 310 500 2090
Fax:           +1 310 500 2091
Email: bonita.moore@faegrebd.com
Email: howard.ruddell@faegrebd.com

PETER M. ROUTHIER (*pro hac vice* pending)
90 South Seventh Street, Suite 2200
Minneapolis, Minnesota 55402
Telephone:  +1 612 766 7000
Fax:           +1 612 766 1600
Email: peter.routhier@faegrebd.com

Attorneys for Defendant
TARGET CORPORATION

11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

14
15
16
17
18
19
20
21
22
23

| | |
|---|---|
| RAUL TORRES, an individual,<br><br>                    Plaintiff,<br><br>       vs.<br><br>TARGET CORPORATION, a Minnesota corporation; TARGET BRANDS, INC., a Minnesota corporation; and DOES 1-10, inclusive.<br><br>                    Defendants. | Case No.: 2:17-cv-04007 ODW (AFMx)<br><br>Hon. Otis D. Wright II<br><br>**DECLARATION OF MELISSA JUNGBAUER IN SUPPORT OF TARGET CORPORATION'S MOTION TO TRANSFER VENUE PURSUANT TO 28 USC § 1404(a)**<br><br>Date:          August 28, 2017<br>Time:          1:30 p.m.<br>Courtroom: 5D |

24
25
26
27
28

## **DECLARATION OF MELISSA JUNGBAUER**

I, Melissa Jungbauer, being of lawful age, state that the following facts are true and correct to the best of my knowledge and belief:

1. I am employed as Lead Paralegal in the Law Department at Target Corporation, 1000 Nicollet Mall, Minneapolis, Minnesota 55403. As Lead Paralegal, part of my job responsibilities include searching for and gathering information in response to litigation involving Target Corporation.

2. Target Corporation is a Minnesota corporation with its headquarters in downtown Minneapolis, Minnesota. As is reflected at https://corporate.target.com/press/corporate, Target currently operates 1,816 retail stores throughout the United States.

3. I am currently the paralegal responsible for this *Torres v. Target Corporation* case. This case is about a girl's tee-shirt Target sold as part of its CAT & JACK children's clothing line in late 2016 and early 2017, which we refer to as the *Pom Pom Heart* tee. This item was designed and developed at Target's headquarters in downtown Minneapolis, where all of Target's potentially relevant documents and employees are located.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 30, 2017

_____
Melissa A. Jungbauer
Sr. Paralegal of Target Enterprise, Inc.

1   JUNGBAUER DECLARATION IN SUPPORT OF
TARGET'S MOTION TO TRANSFER VENUE
CASE NO. 2:17-CV-04007-ODW (AFMx)